**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> RONALD WILLIAMS, SR. <br> MARIE A. WILLIAMS <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:15-24261 TPA <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/20/2015 and confirmed on 02/17/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,541.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,541.50 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,814.11 | |
|    Trustee Fee | 426.78 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,240.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK TRUST NA - TRUSTEE OF THE PI | 0.00 | 5,444.92 | 0.00 | 5,444.92 |
|     Acct: 0434 | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   US BANK TRUST NA - TRUSTEE OF THE PI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0434 | | | | |
|   US BANK TRUST NA - TRUSTEE OF THE PI | 34,752.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 0434 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K168 | | | | |
|   PENN HILLS SD (PENN HILLS MUN) (RE) | 8,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K168 | | | | |
|   PENN HILLS MUNICIPALITY (RE TAX) | 2,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K168 | | | | |
|   PENN HILLS MUNICIPALITY (RE TAX) | 4.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K168 | | | | |
|   PENN HILLS MUNICIPALITY (RE TAX) | 25.56 | 0.00 | 0.00 | 0.00 |
|     Acct: K168 | | | | |

Case 15-24261-TPA    Doc 99    Filed 06/14/17    Entered 06/14/17 14:48:11    Desc Main
                            Document      Page 2 of 4

| 15-24261 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| PENN HILLS SD (PENN HILLS MUN) (RE) | 71.94 | 0.00 | 0.00 | 0.00 |
| Acct: K168 | | | | |
| PENN HILLS SD (PENN HILLS MUN) (RE) | 164.79 | 0.00 | 0.00 | 0.00 |
| Acct: K168 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 915.01 | 0.00 | 0.00 | 0.00 |
| Acct: K168 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 166.34 | 0.00 | 0.00 | 0.00 |
| Acct: K168 | | | | |
| EXETER FINANCE CORP | 933.97 | 808.26 | 37.60 | 845.86 |
| Acct: 4311 | | | | |
| SANTANDER CONSUMER USA** | 9,825.00 | 1,265.99 | 743.84 | 2,009.83 |
| Acct: 4914 | | | | |
| | | | | 8,300.61 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONALD WILLIAMS, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 5,000.00 | 1,814.11 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 1,458.66 | 0.00 | 0.00 | 0.00 |
| Acct: 4385 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 561.12 | 0.00 | 0.00 | 0.00 |
| Acct: 1301 | | | | |
| PA DEPARTMENT OF REVENUE* | 774.19 | 0.00 | 0.00 | 0.00 |
| Acct: 4385 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 3,646.63 | 0.00 | 0.00 | 0.00 |
| Acct: 4385 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 563.26 | 0.00 | 0.00 | 0.00 |
| Acct: 1301 | | | | |
| US BANK TRUST NA - TRUSTEE OF THE PI | 585.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0434 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 12,485.96 | 0.00 | 0.00 | 0.00 |
| Acct: 5641 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6646 | | | | |
| ALLEGHENY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 714 | | | | |
| CITIZENS BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1720 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4498 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9257 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7605 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5134 | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6414 | | | | |
| DIVERSIFIED ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9097 | | | | |
| FIRST NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2812 | | | | |
| FIRST NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 8332 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 427.81 | 0.00 | 0.00 | 0.00 |
|    Acct: 3187 | | | | |
|   HERTZLER & RUSSO PC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2111 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 547.83 | 0.00 | 0.00 | 0.00 |
|    Acct: 8913 | | | | |
|   HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5065 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 8789 | | | | |
|   PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7805 | | | | |
|   NAVIENT SOLUTIONS INC O/B/O USAF INC | 21,678.49 | 0.00 | 0.00 | 0.00 |
|    Acct: 4385 | | | | |
|   ZENITH ACQUISITION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1888 | | | | |
|   PALISADES ACQUISITION/PALISADES CLL | 438.81 | 0.00 | 0.00 | 0.00 |
|    Acct: 2476 | | | | |
|   PA DEPARTMENT OF REVENUE* | 779.95 | 0.00 | 0.00 | 0.00 |
|    Acct: 4385 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 289.32 | 0.00 | 0.00 | 0.00 |
|    Acct: 7990 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 1,254.41 | 0.00 | 0.00 | 0.00 |
|    Acct: 7896 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 1,147.58 | 0.00 | 0.00 | 0.00 |
|    Acct: 9419 | | | | |
|   PORANIA LLC | 300.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0955 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 510.70 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|   PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   GOEHRING RUTTER & BOEHM | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   PURCELL KRUG & HALLER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 1,907.75 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 456.99 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 583.38 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 602.13 | 0.00 | 0.00 | 0.00 |
|    Acct: 3737 | | | | |
|   SANTANDER CONSUMER USA** | 1,148.21 | 0.00 | 0.00 | 0.00 |
|    Acct: 4914 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIRE | 553.11 | 0.00 | 0.00 | 0.00 |
|    Acct: 6792 | | | | |
|   DUQUESNE LIGHT COMPANY* | 4,562.88 | 0.00 | 0.00 | 0.00 |
|    Acct: 1301 | | | | |

| 15-24261 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    AT & T MOBILITY II LLC | 1,784.64 | 0.00 | 0.00 | 0.00 |
|      Acct: 8022 | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 8,300.61 |
|---|---|---|

TOTAL CLAIMED
PRIORITY        7,588.86
SECURED        57,359.08
UNSECURED     51.459.95

Date: 06/14/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com